```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 24047
   RICHARD J BUCKNER SR
   MICHELLE L BUCKNER                          CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-1725    SSN XXX-XX-4915

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/16/2005 and was confirmed 07/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/11/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
NPS                        SECURED          17000.00      1141.48      17000.00
NPS                        UNSECURED          999.93          .00        999.93
ECONOMY FURNITURE          SECURED           1500.00        74.94       1500.00
ECONOMY FURNITURE          UNSECURED        NOT FILED         .00           .00
ILLINOIS BELL              UNSECURED           424.77         .00        424.77
AT&T BROADBAND             UNSECURED        NOT FILED         .00           .00
BOYAJIAN LAW OFFICES       UNSECURED        NOT FILED         .00           .00
CHASE MASTERCARD           UNSECURED        NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED          1292.98         .00       1292.98
FORD MOTOR CREDIT          UNSECURED        NOT FILED         .00           .00
GREGORY EMERGENCY PHYSIC   UNSECURED        NOT FILED         .00           .00
NCO                        NOTICE ONLY     NOT FILED         .00           .00
MEDIACOM                   UNSECURED        NOT FILED         .00           .00
NICOR GAS                  UNSECURED          1332.57         .00       1332.57
AMERITECH                  UNSECURED        NOT FILED         .00           .00
ENCORE RECEIVABLES         NOTICE ONLY     NOT FILED         .00           .00
T-MOBILE BANKRUPTCY        UNSECURED          1772.48         .00       1772.48
T MOBILE                   UNSECURED        NOT FILED         .00           .00
HOMEQ SERVICING            SECURED NOT I    26635.82         .00           .00
HOMEQ SERVICING            SECURED NOT I    11546.01         .00           .00
COMED                      NOTICE ONLY     NOT FILED         .00           .00
CREDIT MANAGEMENT INC      NOTICE ONLY     NOT FILED         .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                     1,458.40
DEBTOR REFUND              REFUND                                        422.45

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  30,120.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 24047 RICHARD J BUCKNER SR & MICHELLE L BUCKNER
```

```
PRIORITY                                                              .00
SECURED                                                         18,500.00
    INTEREST                                                     1,216.42
UNSECURED                                                        5,822.73
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                             1,458.40
DEBTOR REFUND                                                      422.45
                                     ---------------      ---------------
TOTALS                                     30,120.00            30,120.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/25/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
      CASE NO. 05 B 24047 RICHARD J BUCKNER SR & MICHELLE L BUCKNER